Certificate Number: 05781-FLS-DE-041305491

Bankruptcy Case Number: 26-18943

05781-FLS-DE-041305491

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2026, at 6:58 o'clock PM PDT, Yajaira Soto completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: August 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President